NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUSTED INTEGRATION, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5142

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-759, Judge Lynn J. Bush.

---

## ON MOTION

---

## ORDER

The United States moves to strike portions of the reply brief filed by the appellant or, in the alternative, for leave to file a surreply with surreply attached. Trusted Integration, Inc. responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are deferred for consideration by the merits panel assigned to hear this case. Copies of this

order, the motion and the response shall be transmitted to the merits panel.

FOR THE COURT

__JAN 2 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas K. David, Esq.
    James R. Sweet, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2011

JAN HORBALY
CLERK